```
 1  DAVID J. COOK, ESQ. (State Bar # 060859)
    ROBERT J. PERKISS, ESQ (State Bar # 62386)
 2  COOK COLLECTION ATTORNEYS
    A PROFESSIONAL LAW CORPORATION
 3  165 Fell Street
    San Francisco, CA 94102-5106
 4  Mailing Address: P.O. Box 270
    San Francisco, CA 94104-0270
 5  Tel.: (415) 989-4730
    Fax: (415) 989-0491
 6  Email: Cook@SqueezeBloodFromTurnip.com
    File No. 55,340
 7
    Attorneys for Plaintiff
 8  LUMBER LIQUIDATORS, INC.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| LUMBER LIQUIDATORS, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KEVIN H. SULLIVAN,<br><br>　　　　Defendant. | CASE NO. 5:12-mc-00012-UA<br><br>APPLICATION IN SUPPORT OF ORDER DIRECTING THE CLERK OF THE COURT TO ISSUE WRITS OF EXECUTION, ABSTRACTS OF JUDGMENT, AND OTHER SUPPLEMENTAL PROCESS |

　　COMES NOW LUMBER LIQUIDATORS, INC., who hereby moves this court ex parte for an order directing that the Clerk of the Court issue writs of execution, abstracts of judgment, and other supplemental process, on the grounds that the judgment registered herein confirms an Arbitration Award, but the face of the judgment does not reflect the monetary damages set forth in the Arbitration Award assessed against the Defendant.

　　Plaintiff seeks an order directing that the Clerk of the Court issue Abstracts of Judgment, Writs of Execution, and other civil process, for a money judgment, among other relief, in which the principal amount of the award is $359,389, accrued interest as of June 8, 2012 in the amount of $66,048.64, for a total of $425,437.64 as of June 8, 2012, and interest thereafter at $118.15 per day.

1  Notwithstanding the entry of this proposed order, Plaintiff reserves all rights
2  under the judgment as entered, including but not limited to, the injunctive relief
3  rendered against Kevin H. Sullivan, and all other provisions thereunder.

4  DATED: June 11, 2012    COOK COLLECTION ATTORNEYS

5  By: /s/ David J. Cook
   DAVID J. COOK, ESQ. (SBN 060859)
   Attorneys for Plaintiff
6  LUMBER LIQUIDATORS, INC.

F:\USERS\DJCNEW\sullivan.app5